**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:     John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN DOE subscriber assigned IP address 72.82.254.27,<br><br>    Defendant. | Case No. 3:18-cv-16596-MAS-DEA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 72.82.254.27 are voluntarily dismissed without prejudice.

DATED: February 25, 2019    Respectfully submitted,

              **FOX ROTHSCHILD LLP**

              *Attorneys for Plaintiff,*
              *Strike 3 Holdings, LLC*

              */s/ John C. Atkin, Esq.*
              John C. Atkin, Esq.

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                             By:     /s/ *John C. Atkin*
                                                                                 John C. Atkin, Esq.